SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN - 2 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**JERRY ROARK**                                                                 **PETITIONER**

VS.                              CAUSE NO.: 3:23cv354-CWR-LGI

**STATE OF MISSISSIPPI**
**MISSISSIPPI DEPARTMENT OF CORRECTIONS**
**COMMISSIONER BURL CAIN**
**CHRIS LODEN, WARDEN**                                                **RESPONDENTS**

---

### PETITION FOR WRIT OF HABEAS CORPUS

**COMES NOW**, Mr. Jerry Roark, Petitioner, herein, by and through his retained counsel, Attorney Peter A. Stewart III, and pursuant to the Mississippi Civil Rules of Circuit and County Court Practice 2.07 and the Federal and Mississippi Constitutions, petitions this Honorable Court for a Writ of Habeas Corpus against a constitutionally unlawful detention and imprisonment, and would respectfully show unto the Court the following, to-wit:

1. That the Petitioner, Jerry Roark, pled guilty to the charge of child pornography on June 3, 2000; and

2. That on June 3, 2004 Petitioner was denied his appeal of his guilty plea and probation revocation for the charge of child pornography and failure to register as a sex offender; and

3. That on June 3, 2007, the Mississippi Supreme Court denied Petitioner's petition for certiorari, exhausting his State remedies; and

4. That the penalties requiring Petitioner to register as a sex offender violate his rights as a human being and as an American citizen, in that requiring

registration amounts to continuous punishment after serving a prison term, amounting to cruel and inhuman treatment and punishment; and

5. That it is a violation of Petitioner's federal and state ; and

6. That the State should be made to answer as to why Mr. Roark should not be released on his own recognizance, by showing that their proof against Mr. Roark of his guilt is evident and or that the presumption of his guilt is great; and

7. That Chris Loden is the Warden of the Marshall County Correctional Facility in Holly Springs, Mississippi, and is currently holding Mr. Roark unconstitutionally and should be Ordered to release Mr. Roark by Writ of Habeas Corpus; and

8. That as Mr. Roark's human rights are violated by having to serve a sentence pursuant to the sex crimes act for which he was convicted in the State of Mississippi by way of a guilty plea; and

9. Finally, that Mr. Roark's suffering under the abuse of his aforementioned Constitutional rights is bearing on his mental faculties; and

10. The Court should assume jurisdiction over this matter pursuant to UCRCCC 2.07A.5., issue an Order directing Respondents to show cause why the Writ of Habeas Corpus should not be granted; issue a writ of habeas corpus ordering Respondents to release Mr. Roark on his own recognizance or under electronic monitoring and reasonable conditions of supervision; award Mr. Roark

reasonable costs and attorney's fees; and grant any other relief which this Court deems just and proper.

**NOW WHEREFORE PREMISES CONSIDERED** That the Petitioner, Mr. Jerry Roark, hereby Petitions this Honorable Court pursuant to the Mississippi Civil Rules of Circuit and County Court Practice Rule 2.07 for a Writ of Habeas Corpus to command the Marshall County Correctional Facility Warden Chris Loden to release Mr. Roark from incarceration at the Marshall County Correctional Facility in Holly Springs, Mississippi, on the grounds that said incarceration is in violation of his Federal and Mississippi constitutional rights for freedom from unlawful imprisonment; freedom from cruel and unusual punishment; and the right to a speedy and public trial.

**AND BE IT FURTHER CONSIDERED,** that the Petitioner requests that the Court grant him court costs, expenses and attorney's fees, and any other general relief to which Petitioner may be entitled.

So Petitioned under oath, this the __9__ day of __March__, 2023.

_____
JERRY ROARK, PETITIONER

# NOTARY PAGE

**STATE OF MISSISSIPPI**
**COUNTY OF** Benton

Having appeared before me, Jerry Roark and signed the foregoing Petition for Writ of Habeas Corpus before me, after having first been duly sworn under oath that all statements made therein are true and correct.

So Notarized, this the  9  day of  March , 2023.

_____
NOTARY SIGNATURE

My commission expires:                    SEAL

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 303927, MARGARET W. GRIFFIN, Commission Expires Feb. 3, 2026, BENTON COUNTY]

# CERTIFICATE OF SERVICE

STATE OF MISSISSIPPI
COUNTY OF HINDS

    I, Attorney Peter A. Stewart III, do hereby certify that I, on the date listed and signed to below, certify that I have either hand-delivered or mailed via first class postal service a true and correct copy of the foregoing Petition for Writ of Habeas Corpus to the Rankin County District Attorney's Office:

_____
_____
_____
_____
_____

    I further certify that said service is made not less than three (3) days before any hearing or consideration by the Court is scheduled, pursuant to UCRCCC 2.07.

So certified, this the ___ day of ___June___, 2023.

_____
ATTORNEY PETER A. STEWART III

PREPARED BY:
ATTORNEY PETER A. STEWART III
MISSISSIPPI BAR NUMBER 10802
10 CANEBRAKE BOULEVARD SUITE 110
FLOWOOD, MISSISSIPPI 39232
(769) 333-4603
PETE3JD@GMAIL.COM