### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**JERRY ROARK**,

*Petitioner*,

*v.*                                                                 CAUSE NO. 3:23-CV-354-CWR-LGI

**CHRIS LODEN**,

*Respondent*.

## FINAL JUDGMENT

For the reasons stated in the Order issued this day by this Court, *see* Docket No. 10, this habeas petition is dismissed as untimely and closed on the Court's docket. No certificate of appealability will issue.

**SO ORDERED**, this the 14th day of June, 2024.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE